**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 97-6125**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JEROME KAMILLE PARKS,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Jackson L. Kiser, Senior District Judge.  (CR-94-66-7, CA-96-308-R)

_____

Submitted:  May 15, 1997                Decided:  May 29, 1997

_____

Before RUSSELL, HALL, and HAMILTON, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Jerome Kamille Parks, Appellant Pro Se. Thomas Jack Bondurant, Jr., Assistant United States Attorney, Roanoke, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Parks, Nos. CR-94-66-7; CA-96-308-R (W.D. Va. Dec. 12, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED